IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY BURLEY, | § | |
| | § | No. 400, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. 2017-0912 |
| DEUTSCHE BANK NATIONAL | § | |
| TRUST COMPANY AMERICAS, | § | |
| AS TRUSTEE FOR | § | |
| RESIDENTIAL ACCREDIT | § | |
| LOANS, INC., MORTGAGE | § | |
| ASSET BACKED PASS- | § | |
| THROUGH CERTIFICATES, | § | |
| SERIES 007-QS6, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 28, 2025
Decided: May 8, 2025

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

After consideration of the parties' briefs and the record below, the Court concludes that the Court of Chancery's judgment should be affirmed on the basis of (i) the Magistrate's February 29, 2024 order, deemed a final report under Court of Chancery Rule 143, finding that the plaintiff was entitled to summary judgment even if the defendant's untimely response was considered; (ii) the Vice Chancellor's September 12, 2024 bench ruling denying the defendant's exceptions to the final

report and accepting the Magistrate's finding that the plaintiff was entitled to summary judgment even if the defendant's untimely response was considered, and (iii) the Vice Chancellor's September 13, 2024 order implementing the bench ruling.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice